PLESS v. ARTIS

No. 458P90

Case below: 99 N.C.App. 773

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

SETZER v. BABOFF

No. 432P90

Case below: 99 N.C.App. 774

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

STALLINGS v. GUNTER

No. 450P90

Case below: 99 N.C.App. 710

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.

STATE v. DAVIS

No. 367P90

Case below: 97 N.C.App. 507

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 December 1990.

STATE v. DAVY

No. 567P90

Case below: 100 N.C.App. 551

Petition by defendant for writ of supersedeas and temporary stay denied 5 December 1990. Notice of appeal by defendant pursuant to G.S. 7A-30 dismissed 5 December 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.